Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),

　　　　　　Plaintiff,

vs.

JP MORGAN CHASE & CO., *et. al.*,

　　　　　　Defendants.

---

JPMORGAN CHASE BANK, N.A.,

　　　　　　Third-Party Plaintiff,

vs.

FEDERAL DEPOSIT INSURANCE
CORPORATION,

　　　　　　Third-Party Defendant.

---

Case No. 12 Civ. 3184 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-13

RICHARD J. SULLIVAN, District Judge:

　　IT IS HEREBY ORDERED THAT Michelle D. Velasquez of Vedder Price, P.C., 1633 Broadway, New York, NY 10019, is granted leave to withdraw as counsel of record to defendant CSE Mortgage LLC. No further notices regarding this case need to be sent to attorney Velasquez and/or Vedder Price, P.C.

SO ORDERED

Dated:　May 10, 2013
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2281625

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO., et. al.,<br><br>Defendants. | Case No. 12 Civ. 3184 (RJS) |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Third-Party Defendant. | |

### STIPULATION REGARDING WITHDRAWAL OF ATTORNEY OF RECORD

Pursuant to Local Civil Rule 1.4, the undersigned submit the following stipulation and attached proposed Order.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED that:

1. On May 3, 2012, Michelle D. Velasquez of Vedder Price, P.C. ("Vedder Price"), 1633 Broadway, New York, NY 10019, filed an appearance on behalf of CSE Mortgage LLC ("CSE") in this case [Docket No. 14].

2. On May 7, 2012, this Court entered an Order approving the *Pro Hac Vice* appearance of John E. Zummo of Vedder Price on behalf of CSE.

3. Mr. Zummo moved from Vedder Price to Howard & Howard Attorneys, PLLC ("Howard & Howard")

4. CSE subsequently retained Mr. Zummo and Howard & Howard to continue to represent CSE in this case.

5. On April 30, 2013, Michael J. Tiffany of Leader & Berkon LLP, 630 Third Avenue, New York, NY 10017, filed his appearance (as local counsel) on behalf of CSE [Docket No. 76] and Mr. Zummo a filed a Notice of Change of Address [Docket No. 77].

6. Accordingly, Ms. Velasquez and Vedder Price respectfully request that this Court enter an Order granting Ms. Velasquez and Vedder Price leave to withdraw as counsel to CSE in this case.

7. This case is in the initial pleadings stage. This Court ruled on a portion of Defendants' motions to dismiss and the parties have agreed to a briefing schedule on a partial motion to reconsider (relating to this Court's continued jurisdiction over the subject matter of this case). There are no hearings scheduled or other deadlines on the docket of this case. In addition, CSE will continue to be represented by the same lead counsel. Therefore, the contemplated withdrawal shall not result in any prejudice to CSE or any other party.

8. Vedder Price is not asserting a charging or retaining lien.

9. A proposed Order of Withdrawal is attached hereto as **Exhibit 1**.

Dated: May 8, 2013
New York, New York

                    LEADER & BERKON LLP

                    Michael J. Tiffany

                    630 Third Avenue
                    New York, NY 10017
                    (212) 486.2400
                    *Attorneys for Plaintiffs*

                    VEDDER PRICE, P.C.

                    Michelle D. Velasquez

                    1633 Broadway
                    New York, NY 10019
                    (212) 407-7792

**SO ORDERED:**

_____
                U.S.D.J.

2277998