**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), *et al.*,

Plaintiffs,

-against-

JPMORGAN CHASE & CO., *et al.*,

Defendants.

JPMORGAN CHASE BANK, N.A.,

Third-Party Plaintiff,

-against-

FEDERAL DEPOSIT INSURANCE CORPORATION,

Third-Party Defendant.

Case No. 12 Civ. 3184 (RJS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Amended Complaint in the above-captioned action, dated March 2, 2012; the Defendants' Memorandum of Law in Support of Their Motion for Reconsideration of the Court's March 29, 2013 Order; the accompanying Declaration of David A. Castleman, dated June 27, 2013, and the exhibits thereto; and upon all prior papers and proceedings herein, defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities Inc., J.P. Morgan Acceptance Corporation I, Chase Mortgage Finance Corporation, Chase Home Finance LLC, EMC Mortgage LLC f/k/a EMC Mortgage Corporation, Bear Stearns & Co., Inc., Bear Stearns Asset Backed Securities I LLC, Structured Asset Mortgage Investments II Inc., WaMu Asset Acceptance Corporation, Washington Mutual Mortgage Securities Corporation, WaMu Capital Corporation, Long Beach Securities Corporation, John Barren, David Beck, Domenic A. Borriello, Richard

Careaga, Jerome A. Cipponeri, Christine E. Cole, Craig S. Davis, Art Den Heyer, Marangal I. Domingo, David M. Duzyk, Katherine Garniewski, Troy A. Gotschall, Patricia A. Jehle, Juliana C. Johnson, Rolland Jurgens, Joseph T. Jurkowski Jr., Michael D. Katz, William A. King, Michael J. Kula, Thomas G. Lehmann, Stephen Lobo, Richard D. Lodge, Kim Lutthans, Marc K. Malone, Edwin F. McMichael, Diane Novak, Michael L. Parker, Matthew E. Perkins, Louis Schioppo, Jr., Jeffrey A. Sorensen, Thomas L. Wind, David H. Zielke, Brian Bernard, Megan M. Davidson, Eric Ferren, Stephen Fortunato, Donald Wilhelm, Samuel L. Molinaro, Jr., Jeffrey Mayer, Sara Bonesteel, Marc R. Kittner, Thomas F. Marano, Michael B. Nierenberg, Jeffery L. Verschleiser, Banc of America Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., UBS Securities LLC, Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.), Deutsche Bank Securities Inc., and CSE Mortgage, LLC (collectively, the "Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, (a) for modification of the Court's March 29,

2013 Order to retain jurisdiction over Plaintiffs' state-law claims and dismiss them with prejudice and (b) for such other and further relief as this Court may deem just and proper.[1]

Dated: June 27, 2013
New York, New York

Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks
Penny Shane
David A. Castleman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Certain JPMorgan Defendants*

/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
Josephine A. Cheatham
ALLEN & OVERY LLP
1221 Avenue of Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Joel C. Haims
Joel C. Haims
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants Sara Bonesteel, Marc R. Kittner, Thomas F. Marano and Michael B. Nierenberg*

/s/ Ronald D. Lefton
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant Jeffrey Mayer*

/s/ Dani R. James
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendant Jeffrey L. Verschleiser*

---

[1] This Notice of Motion supplements the joint letter, dated April 8, 2013, which the Court deemed to constitute notice of this motion for purpose of Local Civil Rule 6.3 in an order dated April 9, 2013. (Dkt. No. 74.)

/s/ Lawrence J. Zweifach
Lawrence J. Zweifach
Robert F. Serio
Aric H. Wu
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants UBS Securities LLC, Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.), and Deutsche Bank Securities Inc.*

/s/ Meredith E. Kotler
Meredith E. Kotler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2130
Fax: (212) 225-3999

*Counsel for Defendants Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Inc.*

/s/ Michael J. Tiffany
Michael J. Tiffany
LEADER & BERKON LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 486-2400
Fax: (212) 486-3099

John E. Zummo
HOWARD AND HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel: (312) 372-3425
Fax: (312) 939-5617

*Counsel for Defendant CSE Mortgage, LLC*

To:
Jay W. Eisenhofer
Geoffrey C. Jarvis
Deborah A. Elman
Robert D. Gerson
GRANT & EISENHOFER P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
(646) 722-8500

*Counsel for Plaintiffs John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A, and John Hancock Life Insurance Company (U.S.A.) Separate Account 131, John Hancock Funds II, John Hancock Variable Insurance Trust, John Hancock Sovereign Bond Fund, John Hancock Bond Trust, John Hancock Strategic Series, and John Hancock Income Securities Trust*

Thomas M. Clark
FEDERAL DEPOSIT INSURANCE CORPORATION
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
(917) 320-2855

*Counsel for Third-Party Defendant Federal Deposit Insurance Corporation in its Corporate Capacity*

Scott H. Christensen
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
(202) 721-4600

*Counsel for Third-Party Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank*