March 25, 2014

<u>Via ECF and E-mail</u>

The Hon. Richard J. Sullivan,
United States District Court,
Thurgood Marshall United States Courthouse,
40 Foley Square, Room 2104,
New York, New York  10007.

        Re:    <u>*John Hancock Life Insurance Co., et al.* v. *JPMorgan Chase & Co., et al.*,
                 No. 12 Civ. 3184 (RJS)</u>

Dear Judge Sullivan:

       By order dated March 18, 2014 (Dkt. No. 96), the Court requested that the parties confer and inform the Court (1) whether plaintiffs wish to amend their operative complaint; (2) whether the FDIC Parties wish to submit briefing pursuant to Rule 14(a) of the Federal Rules of Civil Procedure concerning the motions to dismiss plaintiffs' state-law claims; and (3) whether the parties wish to submit supplemental briefing concerning the motions to dismiss plaintiffs' state-law claims.  In response, the parties state that (1) plaintiffs do not wish to amend their operative complaint at this time; (2) the FDIC Parties wish to submit a brief pursuant to Rule 14(a) concerning the motions to dismiss; and (3) both plaintiffs and defendants agree that they wish to submit additional briefing on the motions to dismiss.

       Furthermore, for the convenience of the Court, and given the passage of time and the Court's narrowing of certain issues, plaintiffs and defendants respectfully request that the Court permit the parties to submit amended memoranda of law concerning defendants' motions to dismiss, to replace those filed in 2012.

       The parties propose the following briefing schedule:

- Any memoranda in support of defendants' motions to dismiss, and the proposed memorandum to be submitted by the FDIC Parties, shall be filed no later than April 25, 2014.

- Any opposition memoranda shall be filed no later than May 30, 2014.

- Any reply memoranda shall be filed no later than June 20, 2014.

                                           Respectfully submitted,

The Hon. Richard J. Sullivan                                                                                                          -2-

/s/ Geoffrey C. Jarvis
Jay W. Eisenhofer (jeisenhofer@gelaw.com)
Geoffrey C. Jarvis (gjarvis@gelaw.com)
Deborah A. Elman (delman@gelaw.com)
Robert D. Gerson (rgerson@gelaw.com)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY  10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501

*Counsel for Plaintiffs*

/s/ Scott H. Christensen
Scott H. Christensen
(christensen@hugheshubbard.com)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC  20006
Tel:  (202) 721-4644
Fax:  (202) 721-4646

*Counsel for Third-Party Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank*

/s/ Meredith E. Kotler
Meredith E. Kotler (mkotler@csgh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Tel:  (212) 225-2130
Fax:  (212) 225-3999

*Counsel for Defendants Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Inc.*

/s/ Penny Shane
Robert A. Sacks (sacksr@sullcrom.com)
Penny Shane (shanep@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Certain JPMorgan Defendants*

/s/ Thomas M. Clark
Thomas M. Clark (thclark@fdic.gov)
FEDERAL DEPOSIT INSURANCE CORPORATION
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York  10118
Tel:  (917) 320-2855

*Counsel for Third-Party Defendant Federal Deposit Insurance Corporation, in its Corporate Capacity*

/s/ Pamela Chepiga
Pamela Chepiga (Pamela.Chepiga@allenovery.com)
ALLEN & OVERY LLP
1221 Avenue of Americas
New York, NY  10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399

*Counsel for Defendant Samuel L. Molinaro, Jr.*

The Hon. Richard J. Sullivan	-3-

| | |
|---|---|
| /s/ John Zummo | /s/ Dani R. James |
| John E. Zummo (jzummo@howardandhoward.com) | Dani R. James (djames@kramerlevin.com) |
| HOWARD & HOWARD PLLC | Jade A. Burns (jburns@kramerlevin.com) |
| 200 S. Michigan Ave, 11th Floor | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Chicago, Illinois 60604 | 1177 Avenue of the Americas |
| Tel: (312) 456-3425 | New York, New York 10036 |
| Fax: (312) 939-5617 | Tel: (212) 715-9363 |
| | Fax: (212) 715-8000 |
| *Counsel for Defendant CSE Mortgage LLC* | *Counsel for Defendant Jeffrey L. Verschleiser* |

/s/ Joel C. Haims
Joel C. Haims (jhaims@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

/s/ Lawrence J. Zweifach
Lawrence J. Zweifach (lzweifach@gibsondunn.com)
Robert F. Serio (rserio@gibsondunn.com)
Aric H. Wu (awu@gibsondunn.com)
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Sara Bonesteel, Marc R. Kittner, Thomas F. Marano and Michael B. Nierenberg*

*Counsel for Defendants UBS Securities LLC, Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.) and Deutsche Bank Securities Inc.*

/s/ Ronald Lefton
Ronald Lefton (leftonr@gtlaw.com)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Defendant Jeffrey Mayer*

SO ORDERED:

_____
The Honorable Richard J. Sullivan
United States District Judge